UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20041-COOKE/DAMIAN

**BRADLEY JUDAS RODRIGUEZ**,

    Plaintiff,

vs.

**SOCIAL SECURITY ADMINISTRATION**,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING
## U.S. MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on U.S. Magistrate Judge Melissa Damian's Report and Recommendation (the "Report") (ECF No. 51) regarding Plaintiff's Motion for Judgment on the Pleadings (ECF No. 28), Plaintiff's Request for Oral Argument (ECF No. 46), and the Parties' Cross-Motions for Summary Judgment (ECF Nos. 29 and 37). Pursuant to 28 USC 636(c), the Court referred this case to Judge Damian for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

On August 18, 2022, Judge Damian issued her Report in which she recommended that: the Administrative Law Judge's decision be affirmed, Plaintiff's Motion for Judgment on the Pleadings be denied, Plaintiff's Motion for Summary Judgment be denied, Plaintiff's Request for Oral Argument be denied, and Defendant's Motion for Summary Judgment be granted. Plaintiff filed Objections to the Report on September 1, 2022. ECF No. 52. Defendant filed its response to Plaintiff's Objections on September 22, 2022. ECF No. 55.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded de novo review, if those objections "pinpoint the specific

1

findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

After conducting a *de novo* review of the record, Plaintiff's Objections to Judge Damian's Report, Defendant's response to Plaintiff's Objections, and the relevant legal authorities, the Undersigned agrees with Judge Damian's thorough and well-reasoned analysis and conclusion. Therefore, it is **ORDERED AND ADJUDGED** that Judge Damian's Report and Recommendation **(ECF No. 51)** is **ADOPTED AND AFFIRMED**. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Administrative Law Judge's decision is **AFFIRMED**.
2. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 28) is **DENIED**.
3. Plaintiff's Motion for Summary Judgment (ECF No. 29) is **DENIED**.
4. Plaintiff's Request for Oral Argument (ECF No. 46) is **DENIED**.
5. Defendant's Motion for Summary Judgment (ECF No. 37) is **GRANTED**.
6. The Clerk is directed to *administratively* **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, this 29th day of September 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE
For Marcia G. Cooke, U.S. District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*